UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN RANGEL,<br>　　　　Plaintiff,<br>　　v.<br>FULLERTON POLICE DEPARTMENT,<br>　　　　Defendant. | Case No. 21-cv-07156-HSG<br><br>**ORDER OF TRANSFER** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff brings suit against the Fullerton Police Department complaining about injuries suffered on December 10, 2019, when he was bitten by a police dog during an arrest being carried out by officers from the Fullerton Police Department and the Anaheim Police Department. Dkt. No. 1 at 4. Plaintiff states that he is presently confined in Santa Ana Jail. Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Neither plaintiff nor defendant resides in this district, and the relevant event did not occur in this district. The Court presumes that the event took place in either Anaheim or Fullerton. Both Anaheim and Fullerton are located in the Central District of California. *See* 28 U.S.C. § 84(c). Venue therefore properly lies in the Central District. *See id.* § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to send a courtesy copy of this order to the following address: James John Rangel #222741, Santa Ana Jail M-88, P.O. Box 22003, Santa Ana, CA

1 | 92702.  Plaintiff has indicated that he is currently housed at the Santa Ana Jail.

2 | **IT IS SO ORDERED.**

3 | Dated:  11/15/2021

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge